UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FELICIA LESURE, *obo* L.L., | ) | CASE NO. 4: 12 CV 10 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the Court's Memorandum Opinion and Order adopting the Magistrate

Judge's Report and Recommendation and vacating the Commissioner's decision denying

Plaintiff's application for Social Security Income, judgment is entered in favor of Plaintiff and

against Defendant.  This matter is REMANDED to the Social Security Administration for

further proceedings not inconsistent with the Report and Recommendation.

IT IS SO ORDERED.

*s/Donald C. Nugent*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: March 20, 2013